UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

NICHOLE R.,[1]

Plaintiff,

v.

FRANK BISIGNANO, Commissioner of Social Security,

Defendant.

Case No. 2:25-cv-06751-FLA (DSR)

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE**

[1] Plaintiff's name is partially redacted in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.

Pursuant to 28 U.S.C. § 636, the court has reviewed the Complaint in this action seeking court review pursuant to 42 U.S.C. § 405(g) of the Commissioner's decision denying benefits, the briefs of the respective parties, the Report and Recommendation of the United States Magistrate Judge, and the court's file and record in this case. No timely objections have been filed to the Report and Recommendation.

IT IS THEREFORE ORDERED that:

(a) the court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge; and

(b) the decision of the Commissioner is AFFIRMED.

Judgment will be entered accordingly on a separate form.

IT IS SO ORDERED.

Dated: September 1, 2026

FERNANDO L. AENLLE-ROCHA
United States District Judge