JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLE R.,[1]<br>Plaintiff,<br>v.<br>FRANK BISIGNANO, Commissioner of Social Security,<br>Defendant. | Case No. 2:25-cv-06751-FLA (DSR)<br>**JUDGMENT** |

[1] Plaintiff's name is partially redacted in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.

Pursuant to the court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the decision of the Commissioner is AFFIRMED and Judgment is hereby entered in favor of Defendant and against Plaintiff.

IT IS SO ORDERED.

Dated: September 1, 2026

FERNANDO L. AENLLE-ROCHA
United States District Judge